FILED

06/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0754

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0754

IN RE THE MARRIAGE OF:

JOHN P. RHODES,

            Petitioner, Appellant and
Cross-Appellee,

     v.

TRACY LABIN RHODES,

            Respondent, Appellee and
Cross-Appellant.

ORDER

    John P. Rhodes moves this Court to supplement the record. Tracy Labin Rhodes responds in opposition.

    John states that he seeks to supplement the record in this appeal of a dissolution with the four children's school attendance records for this past school year. Tracy points out that this information is not part of the record on appeal. Tracy posits that John has not provided a sufficient record, pursuant to M. R. App. P. 8(2), because there is a lack of transcripts.

    This Court's rules are clear. A record on appeal is defined as "the original papers and exhibits filed in the district court, the transcript of proceedings, if any, and a certified copy of the docket entries prepared by the clerk of the district court . . . ." M. R. App. P. 8(1). An appellant, such as John, has a duty to request the transcript of the proceedings. M. R. App. P. 8(3). While John filed a written notice of the necessary transcripts well after his notice of appeal, he did file it on February 3, 2023.[1] This Court received the electronic transcript of the hearing on April 21, 2023. No basis exists for either request. Therefore,

---

[1] The Clerk's office received and filed John's notice of transcripts deemed necessary for appeal on February 3, 2023, and then scanned into the electronic system on Monday, February 6, 2023.

IT IS ORDERED that John's Motion to Supplement the Record with 2022-2023 School Attendance Records is DENIED.

IT IS FURTHER ORDERED that Tracy's Request for an Order concerning transcripts is DENIED, as moot.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all parties.

DATED this 9th day of June, 2023.

For the Court,

By: _____
Chief Justice